# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 17, 2012

No. 11-11099
Summary Calendar

Lyle W. Cayce
Clerk

TONI HAYNES,

Plaintiff - Appellant

v.

PATRICK R. DONAHOE, Postmaster General,

Defendant - Appellee

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CV-806

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Toni Haynes[1] appeals the district court's decision granting summary judgment to Patrick R. Donahoe, Postmaster General, United States Postal Service, on her claims that her employer, the United States Postal Service, discriminated against her on the basis of sex and disability, retaliated against her for engaging in a protected activity, subjected her to a hostile work

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] Toni Haynes is not related to Circuit Judge Catharina Haynes.

No. 11-11099

environment, and constructively discharged her. We have carefully reviewed the briefs and the pertinent portions of the record in this case, and we conclude that no error warranting reversal is presented by the issues Haynes asserts in this appeal. Therefore, we affirm the judgment of the district court for substantially the same reasons articulated in the magistrate judge's report and recommendations, which was adopted by the district court.

AFFIRMED.